KAMMINS ET AL. *v.* BUSCHMANN

[No. 19,438. Filed May 6, 1960.]

*Stanley Talesnick, Ruckelshaus, O'Connor & Ruckelshaus* and *John O'Connor,* all of Indianapolis, for appellants.

*Henry M. Coombs* and *John A. Carson,* both of Indianapolis, for appellee.

BIERLY, P. J.—This is an appeal from a judgment of the Superior Court of Marion County, Room No. 1, wherein it reversed a decision of the Board of Zoning Appeals of the City of Indianapolis.

Appellee has filed a confession of errors in which he states that the court erred in overruling appellants' motion for a new trial and in overruling the demurrer of certain appellants to appellee's petition for a writ of certiorari.

This cause is therefore reversed, and the trial court is ordered to sustain appellants' motion for new trial. *Gross* v. *Sipusic* (1935), 101 Ind. App. 700, 9 N. E. 2d 365; *Indianapolis Telephone Co.* v. *State* (1919), 188 Ind. 724, 123 N. E. 401.

Myers, C. J., and Ryan, J., not participating.

NOTE.—Reported in 166 N. E. 2d 654.